

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00265-CV

Berta Garza
v.
The Estate of Ernestina Olivarez

On appeal from the
County Court at Law No. 1 of Hidalgo County, Texas
Trial Cause No. CL-16-3065-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the county court's judgment and dismisses the case for want of jurisdiction. The Court orders the judgment vacated and the case DISMISSED FOR WANT OF JURISDICTION. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

August 9, 2018